*L. Hilton* and *G. A. Youngquist* were on the brief, for defendant in error.

No. 126. FRANK C. MEBANE, AS RECEIVER OF SYMES FOUNDATION, INC., AND AMERICAN TITLE AND TRUST COMPANY *v.* STATEN ISLAND RAILWAY COMPANY, STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY, NEW YORK TRANSIT AND TERMINAL COMPANY ET AL. Error to the Supreme Court of the State of New York. Argued January 14, 1927. Decided January 17, 1927. *Per Curiam.* Dismissed for want of jurisdiction for want of a substantial Federal constitutional question on the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power and Light Co.* v. *Town of Graham,* 253 U. S. 193, 195; *Seaboard Air Line* v. *Padgett,* 236 U. S. 668, 671. *Messrs. Hugh H. O'Bear* and *Benjamin Catchings,* with whom *Messrs. Merle I. St. John* and *Charles A. Douglas* were on the briefs, for plaintiffs in error. *Messrs. John W. Welsh, John F. Hughes, Q. S. Gilbert, Royal E. T. Riggs, Morgan J. O'Brien, Albert B. Boardman,* and *Albert Ottinger* were on the brief for defendants in error.

No. 137. STATE OF MISSOURI EX REL. JOSEPH J. LUECHTEFELD AND F. WILLIAM KUEHL *v.* HENRY W. KIEL, LOUIS NOTTE, AND OLIVER SENTI. Error to the Supreme Court of the State of Missouri. Argued January 17, 18, 1927. Decided January 24, 1927. *Per Curiam.* Dismissed because of want of jurisdiction under the Act of September 6, 1916. *Mr. Luke E. Hart* for plaintiffs in error. *Mr. Oliver Senti* was on the brief for defendants in error.